| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Eastern District of New York |
| Case number (If known): _____ Chapter _____ |

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   LISA
   First name

   MARIA
   Middle name

   ABBOTT
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☐ Unknown

   xxx – xx – 1 9 0 9    OR    9 xx – xx – __ __ __ __

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

   __ __ – __ __ __ __ __ __ __
   EIN

Official Form 105          Involuntary Petition Against an Individual          page **1**

Debtor    LISA MARIA ABBOTT                              Case number (if known)_____

| 6. Debtor's address | Principal residence | Mailing address, if different from residence |
|---|---|---|
| | 1068 EAST 94TH STREET<br>Number   Street | Number   Street |
| | BROOKLYN            NY    11236<br>City                State  ZIP Code | City              State  ZIP Code |
| | KINGS<br>County | |
| | **Principal place of business** | |
| | Number   Street | |
| | City              State  ZIP Code | |
| | County | |

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____  Relationship _____
   District _____ Date filed _____ Case number, if known _____
                           MM / DD / YYYY

   Debtor _____  Relationship _____
   District _____ Date filed _____ Case number, if known _____
                           MM / DD / YYYY

Official Form 105                Involuntary Petition Against an Individual                page **2**

Debtor   LISA MARIA ABBOTT                                  Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| ARTICLE 13, LLC | DEBTOR DEFAULTED ON MORTGAGE | $ 362,906.75 |
|  |  | $ |
|  |  | $ |
|  | Total | $ |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  LISA MARIA ABBOTT                                     Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _____as counsel_____
Signature of petitioner or representative, including representative's title

ARTICLE 13, LLC
Printed name of petitioner

Date signed  08/07/2020
             MM / DD / YYYY

Mailing address of petitioner

8002 KEW GARDENS RD STE 300
Number   Street

KEW GARDENS          NY         11415
City                 State      ZIP Code

If petitioner is an individual and is not represented by an attorney:

Contact phone  _____
Email          _____

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City        State       ZIP Code

**Attorneys**

X _____
Signature of attorney

LEO JACOBS
Printed name

JACOBS PC
Firm name, if any

8002 KEW GARDENS RD STE 300
Number  Street

KEW GARDENS          NY         11415
City                 State      ZIP Code

Date signed  08/07/2020
             MM / DD / YYYY

Contact phone (718) 772-8704   Email LEO@JACOBSPC.COM

Official Form 105         Involuntary Petition Against an Individual         page 4