**WAYNE GREENWALD, P.C.**
*Attorneys for the Alleged Debtor*
*Lisa Maria Abbott*
**475 Park Avenue South - 26th Floor**
**New York, New York 10016**
**212-983-1922**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                                            Case No. 20-42907-reg
                                                                                      Chapter 11
**LISA MARIA ABBOTT,**                                              Involuntary Petition

        Alleged-Debtor.
---------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Wayne Greenwald, P.C., hereby appears on behalf of the Alleged Debtor, Lisa Maria Abbott, and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and 11 U.S.C. §§ 102(1) and 342, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address, telephone number and telecopier number:

WAYNE GREENWALD, P.C.
475 Park Avenue South - 26th Floor
New York, New York 10016

Telephone No.: (212) 983-1922
Telecopier No.: (877) 254-1003
e-mail: grimlawyers@aol.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, but is not limited to, the notices and papers referred to in the Bankruptcy Rules specified of any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone telegraph, telex, facsimile transmission or otherwise, which affect the Debtor or property of the Debtor.

Dated: New York, New York
        August 28, 2020

                                              WAYNE GREENWALD, P.C.
*Attorneys for the Alleged Debtor*
*Lisa Maria Abbott*
475 Park Avenue South - 26th Floor
New York, NY 10016
(212) 983-1922

By:<u>/s/ Wayne M. Greenwald </u>Pres.
      Wayne M. Greenwald