UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: LISA M. ABBOTT

Case No. 2402907
Chapter: 11

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on __8/21/2020__, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Ilevu Yakubov.
Law Office of Ilevu Yakubov.
8002 Kew Garden RD. (STE 300)
Kew Garden. NY. 11415

And.

United State Trustee
Trustee
201 Varick Street Suite 1006
New York. NY. 10014

Leo Jacobs
Jacobs P.C. (STE 300)
8002 Kew Garden RD.
Kew Garden NY. 11415

And.

Article 13 LLC.
8002 Kew Garden (Rd)
Ste 300
Kew Garden NY 11415

Dated: 8/21/2020

_____
(Signature)

Joan T. LaPierre

JOAN T. LAPIERRE
COMMISSIONER OF DEEDS
City of New York-No. 2-11957
Certificate filed in Kings County
Commission Expires February 1, 2021

Rev. 5/2012

RETURN DATE : _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Lisa M. Abbott                Case No. 2402907
                                     Chapter: 11



-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of Lisa M. Abbott , _____ a hearing will be held before the Hon. Robert E. Grossman, Bankruptcy Judge, to consider the _____ motion for an Order granting relief as follows:

See Explanation attached.

Date and time of hearing: September 23 2020 10am

Location :   U.S. Bankruptcy Court
             290 Federal Plaza
             Central Islip, New York 11722
             Courtroom # 860 , 8th Floor

Dated: 8/21/2020

_____
(Signature)

Joan T. LaPierre
JOAN T. LAPIERRE
COMMISSIONER OF DEEDS
City of New York-No. 2-11957
Certificate filed in Kings County
Commission Expires February 1, 2021

**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                    Case No. 2042907

LISA MARIA ABBOTT                         Chapter: 11


-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

To the Hon. ROBERT E Grossman, Bankruptcy Judge:

I, Lisa M. ABBOTT , _____ herein, make this application in support of my motion for the following relief:
_____ See explanation attached. _____
_____.

In support of this motion, I hereby allege as follows:
_____
_____.

**WHEREFORE,** _____ prays for an Order granting relief requested.

Dated: 8/21/2020

                                          Lisa Abbott
                                          (Signature)

Joan T. LaPierre

JOAN T. LAPIERRE
COMMISSIONER OF DEEDS
City of New York-No. 2-11957
Certificate filed in Kings County
Commission Expires February 1, 2021

08/21/2020

Lisa Abbott

1068 East 94th street

Brooklyn Ny 11236

# 917-620-8523
ABBOTT.M.LISA@gmail.com

Honorable Robert E. Grossman

271-c Cadman Plaza East,

Suite 1595 Brooklyn, new york 11201

Case:2402907

Your honor,

The purpose of this letter I am seeking to reopen this case in order to obtain an order dismissing the involuntary bankruptcy case that was filed against me.

Judge in my defense, back in 2006 I purchased my first home #53 Van Buren street Brooklyn NY for my mom who was diagnosed with early dementia .My property had two other apartments that would help pay my then $8000 a moth mortgage. Unfortunate after a few years of purchasing my home I realized that the income that was promised was a just a dream and my loan was a balloon loan that was way over the market value leaving me behind on my mortgage. I immediately seek help by my then accountant who informed me about short sale as my option. I was then introduced to and investors that was interested in buying the property so I agreed to meet with them at his office where I sign documents giving access to my bank to get the transaction started, at least that's what I was told then.

Fast forward, after some time I reached out to my accountant asking about the sale he then said he haven't heard back from the parties so I quickly realized that they stole my property Deed. For the past six years I've been back and forth in court trying to get my deed back, this has destroy my credit costing me financially and emotionally, all the while the parties collected $6000 per month in rent close to half million in rent over the past six tears but they never paid one mortgage or property taxes. Filing Bankruptcy putting my home that I now live in at risk I am angry and very upset sadden that persons can willfully go after another fellow human being. Your honor I plead with you the court to hold these person accountable and bring justice to this unfair case.

Respectfully

*Lisa Abbott* [signature]

*Joan T. Lapierre* [signature]

JOAN I. LAPIERRE
COMMISSIONER OF DEEDS
City of New York-No. 2-11957
Certificate filed in _____ County
Commission Expires February ____

STATE OF NEW YORK
COUNTY OF KINGS
SWORN BEFORE ME.

ON THIS 21 DAY.
OF August 2020

Case # 2402907

Chapter 11

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee  $2.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required             $
☐ Adult Signature Restricted Delivery  $

Postage  $0.55

Postmark Here
08/22/2020

Total Postage and Fees  $3.75

Sent To  Levu Yakubov
Street and Apt. No., or PO Box No.  Law Office of IL evu Yakubov
City, State, ZIP+4  80-02 Kew Gardens RD, Kew Gardens NY 11415

7018 1130 0002 0523 8364

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Case 2402907

Chapter 11

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $3.55
$ $2.85  0211  18
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.55
$
Total Postage and Fees $6.95        08/22/2020
$
Sent To  Leo Jacobs, PC.
Street and Apt. No., or PO Box No.  8002 Kew Garden Rd.
City, State, ZIP+4®  Kew Garden NY 11415

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0002 0523 8050

Case 2402907
Chapter 11



Case 2402907
Chapter 11

