```
                            United States Bankruptcy Court
                             Eastern District of New York

In re:                                                              Case No. 20-42907-reg
Lisa Maria Abbot                                                    Chapter 11
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0207-1          User: jfabio            Page 1 of 1          Date Rcvd: Sep 02, 2020
                              Form ID: 230            Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db             +Lisa Maria Abbot,    1068 East 94th Street,   Brooklyn, NY 11236-3456
smg             Equifax,   P.O. Box 105873,    Atlanta, GA 30348-5873
smg            +Experian,   P.O. Box 9701,   Allen, PA 75013-9701
smg            +NYC Department of Finance,    345 Adams Street,   Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,   Bldg. #12, Room 256,
                 Albany, NY 12240-0001
smg             Trans Union Corporation,    P.O. Box 1000,   Chester, PA 19016-1000
smg            +United States of America,    Secretary of the Treasury,   15th Street & Pennsylvania Ave. NW,
                 Washington, DC 20220-0001
9871532        +Select Portfolio Servicing, Inc.,    c/o Frenkel, Lambert, Weiss,,   Weisman & Gordon, LLP,
                 53 Gibson Street,   Bay Shore, NY 11706-8369
9878173        +Wayne Greenwald PC,    475 Park Avenue South - 26th Fl,   New York, NY 10016-6922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 02 2020 18:37:17     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 02 2020 18:37:56
                 NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 02 2020 18:37:25
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,   New York, NY 10014-4811
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              Elizabeth L Doyaga    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank
               of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company,
               N.A. as successor to JPMorgan Chase Bank, N.A., as Tr edoyaga@flwlaw.com,   jspiegelman@flwlaw.com
              Ilevu Yakubov    on behalf of Petitioning Creditor    Article 13 LLC leo@yakubovlaw.com,
               emanuel@yakubovlaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Wayne M Greenwald    on behalf of Debtor Lisa Maria Abbot grimlawyers@aol.com,
               ecfnoticing@yahoo.com
                                                                                              TOTAL: 4
```

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1    **Lisa Maria Abbot** | Social Security number or ITIN    **xxx−xx−1909** |
| First Name    Middle Name    Last Name | EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)    First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of New York** | Date case filed for chapter    **11    8/7/20** |
| Case number:    **1−20−42907−reg** | |

# NOTICE OF AMENDED CAPTION (NAME)

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned debtor(s) having filed a petition in bankruptcy under Chapter 11 of the United States Bankruptcy Code on August 7, 2020, and an order having been signed by the Honorable Robert E. Grossman on September 2, 2020, amending the caption,

The caption is amended as set forth below:

| | |
|---|---|
| IN RE: | CASE NO: 1−20−42907−reg |
| Lisa Maria Abbott | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:    xxx−xx−1909 | CHAPTER: 11 |
| DEBTOR(s) | |

Notice is further given that the credit reporting agencies Equifax, Experian and Trans Union Corporation are directed to change their records to reflect the correct caption of the bankruptcy case filed by the above−named debtor(s).

Dated: September 2, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnac.jsp** [Notice of Amended Caption (Name) 07/09/18]