**WAYNE GREENWALD, P.C.**
*Attorneys*
475 Park Avenue South- 26th Floor
New York, New York 10016
Tel: 212-983-1922 Fax: 877-254-1003
e-mail: grimlawyers@aol.com

W.M. Greenwald

September 21, 2020

Hon. Robert E. Grossman
United States Bankruptcy court
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re:    **Lisa Maria Abbott**
       **Case No. 1-20-42907-reg**

Dear Judge Grossman's Chambers:

    This confirms that the hearing on the Motion to Dismiss in this case has been adjourned, on consent, from Wednesday September 23, 2020 at 10:00a.m. to Wednesday, October 21, 2020 at 10:00a.m.

    Respectfully,

    WAYNE GREENWALD, P.C.

    By: Tiffany Wright
    Legal Assistant

cc: Leo Jacobs via ECF and Email