

October 12, 2020

<u>**VIA: ECF**</u>

Hon. Robert E. Grossman
United States Bankruptcy Court
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**RE:**   **Lisa Maria Abbott**
<u>**Case No. 20-42907**</u>

**TO THE HONORABLE ROBERT E. GROSSMAN,
UNITED STATES BANKRUPTCY JUDGE**

The undersigned is Counsel to the Petitioner, Article 13, LLC.

The event docketed on the calendar for October 21, 2020 is a Motion to Dismiss.

The undersigned is filing this letter with the Court to adjourn the event currently docketed on the calendar for October 21, 2020 at 10:00 AM. The undersigned and the Counsel for the Debtor, have consented to adjourn the Motion to Dismiss to November 9, 2020 at 10:00 AM.

Please do not hesitate to contact this office for any questions or concerns.

_____
**Leo Jacobs, Esq.**
Managing Principal
Jacobs P.C.

Cc: Wayne Greenwald, P.C. via ECF and Email

8002 Kew Gardens Road, Suite 300 Queens, New York 11415
O: (718) 772-8704 F: (718) 228-2576
