| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lisa Maria Abbot** | Social Security number or ITIN **xxx–xx–1909** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | Date case filed for chapter **11  8/7/20** |
| Case number: | **1–20–42907–reg** | |

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under Title 11, United States Code was filed against you on August 7, 2020, in this Bankruptcy Court requesting an Order for Relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition can be viewed at the Court or on PACER (Public Access to Court Electronic Records) pacer.uscourts.gov.

**Address of Clerk:**    **United States Bankruptcy Court**
**271–C Cadman Plaza East, Suite 1595**
**Brooklyn, NY 11201–1800**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

**Leo Jacobs**
**Jacobs PC**
**8002 Kew Gardens Rd.**
**Ste 300**
**Kew Gardens, NY 11415**

**Ilevu Yakubov**
**Law Office of Ilevu Yakubov**
**8002 Kew Gardens Road**
**Ste 300**
**Kew Gardens, NY 11415**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: August 10, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**playinvol1r.jsp** [Involuntary summons 06/25/20]