Jacobs P.C.
8002 Kew Gardens Rd
STE 300
Kew Gardens, NY 11415
Phone: (718) 772-8704
leo@yakubovlaw.com
Ilevu Yakubov, Esq.
*Counsel for the Petitioner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**In re:**                                                    :
                                                              :                **Case No. 20-42907 (REG)**
          **Lisa Maria Abbott,**               :
                                                              :                **Chapter 11**
                              **Debtor.**       :
-------------------------------------------------------x

### CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

Aqsa Shahzadi certifies under penalty of perjury that the following is true and correct: I am over 18 years of age, am not a party to this case, and reside in Queens, New York.

On October 22, 2020, I served the Involuntary Chapter 11 Petition and Alias/Supplemental Summons to the debtor, Lisa Maria Abbott, by depositing a true copy of same in a sealed, post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, as well as via ECF, addressed to each of the entities on the service list.

Dated: Queens, New York
          October 22, 2020

                                                                          /s/ Aqsa Shahzadi_____
                                                                          Aqsa Shahzadi

**SERVICE LIST**
Lisa Maria Abbott
1068 East 94th St
Brooklyn, New York  11236