

# JACOBS P.C.
### NEW YORK BUSINESS ATTORNEYS

November 13, 2020

<u>VIA NYEB ECF FILING</u>
Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

RE: Lisa Maria Abbott
<u>Case No. 20-42907</u>

**TO THE HONORABLE ROBERT E. GROSSMAN,
UNITED STATES BANKRUPTCY JUDGE**

The undersigned is counsel to the petitioner, Article 13, LLC.

The event docketed on the calendar for November 17, 2020 at 10:00 AM is a hearing regarding Debtor's Motion to Dismiss.

The undersigned is filing this letter with the Court to adjourn the hearing to December 1, 2020 at 10:00 AM. The undersigned has conferred with Debtor's Counsel who has consented to same. Therefore, we kindly request that the November 17, 2020 hearing be adjourned to December 1, 2020 at 10:00 AM

Thank you for your time and attention to this matter. Please do not hesitate to contact this office for any questions or concerns.

Respectfully submitted,

Leo Jacobs, Esq.
Managing Principal
Jacobs P.C.