UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                                                                           Bankr. Case No. 20-42907-REG

Lisa Maria Abbott                                                                                        Chapter 11

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing LTD dba GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                      ACAR Leasing LTD dba GM Financial Leasing
                      PO Box 183853
                      Arlington, TX  76096

                                              By  /s/  Lorenzo Nunez

                                              Lorenzo Nunez
                                              PO Box 183853
                                              Arlington, TX  76096
                                              877-203-5538
                                              877-259-6417
                                              Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:     Bankr. Case No. 20-42907-REG

Lisa Maria Abbott     Chapter 11

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 12, 2020 :

| | |
|---|---|
| Wayne M Greenwald<br>Wayne Greenwald, PC<br>475 Park Avenue South - 26th Floor<br>New York, NY 10016 | U.S. Trustee<br>74 Chapel Street<br>Albany, NY 12207 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx20435 / 1031126