

November 25, 2020

**VIA: ECF**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

RE:  Lisa Maria Abbott
Case No. 20-42907

**TO THE HONORABLE ROBERT E. GROSSMAN,
UNITED STATES BANKRUPTCY JUDGE**

The undersigned is Counsel to the Petitioner, Article 13, LLC.

The event docketed on the calendar for December 1, 2020 is a Motion to Dismiss.

The undersigned is filing this letter with the Court to adjourn the event to December 15, 2020 at 10:00 AM. The Debtor's counsel has consented to same. Therefore, we request that the Motion to Dismiss be adjourned to December 15, 2020 at 10:00 AM.

Please do not hesitate to contact this office for any questions or concerns.

    **Leo Jacobs, Esq.**
    Managing Principal
    Jacobs P.C.

Cc: Wayne Greenwald, P.C. via ECF and Email