United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 20-42907-jmm

Lisa Maria Abbott     Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: malleyne     Page 1 of 2

Date Rcvd: Nov 23, 2020     Form ID: 229     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Maria Abbott, 1068 East 94th Street, Brooklyn, NY 11236-3456 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 9899475 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 9895616 | | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 9871532 | + | Select Portfolio Servicing, Inc., c/o Frenkel, Lambert, Weiss,, Weisman & Gordon, LLP, 53 Gibson Street, Bay Shore, NY 11706-8369 |
| 9878173 | + | Wayne Greenwald PC, 475 Park Avenue South - 26th Fl, New York, NY 10016-6922 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2020 18:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 23 2020 18:14:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Nov 23 2020 18:13:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9895617 | * | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0207-1 | User: malleyne | Page 2 of 2 |
| Date Rcvd: Nov 23, 2020 | Form ID: 229 | Total Noticed: 11 |
| Date: Nov 25, 2020 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

**Name** **Email Address**

Elizabeth L Doyaga
on behalf of Creditor Select Portfolio Servicing as servicer for The Bank of New York Mellon Trust Company  National Association FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Tr edoyaga@flwlaw.com, jspiegelman@flwlaw.com

Ilevu Yakubov
on behalf of Petitioning Creditor Article 13 LLC leo@yakubovlaw.com  emanuel@yakubovlaw.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Wayne M Greenwald
on behalf of Debtor Lisa Maria Abbott grimlawyers@aol.com  ecfnoticing@yahoo.com

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lisa Maria Abbott** | Social Security number or ITIN **xxx−xx−1909** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | Date case filed for chapter **11   8/7/20** |
| Case number: **1−20−42907−jmm** | | |

# NOTICE OF REASSIGNMENT OF CHAPTER 11 CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned case has been reassigned to the Honorable Jil Mazer−Marino, United States Bankruptcy Judge, pursuant to an order dated November 23, 2020.

Please take note of the new case number: **1−20−42907−jmm .**

Dated: November 23, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnre.jsp** [Notice of Reassignment of Chapter 11 Case rev 02/01/17]