

November 30, 2020

**VIA:ECF**

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court Eastern
District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      RE:    Lisa Maria Abbott
                Case No. 20-42907

Dear Hon. Mazer-Marino,

    The undersigned is Counsel to the Petitioner, Article 13, LLC.

    The event that is docketed on the calendar for December 1, 2020 is a Motion to Dismiss (ECF DCKT #10).

    The undersigned's request for an adjournment was approved by Tracie Leonard, Courtroom Deputy. This letter is being filed with the Court to confirm the adjournment of the event to January 21, 2021 at 11:00 AM.

    The undersigned and the Debtor's Counsel have consented to the adjournment.

    The reason for the adjournment is to discuss good faith settlement negotiations amongst the parties involved.

    Thank you for your time and attention. If you have any questions, please do not hesitate to contact the undersigned.

                                                          Respectfully submitted,

                                                                            **JACOBS P.C.**

                                                                 **/s/ Leo Jacobs**
                                                                  **Leo Jacobs, Esq.**
                                                                     Managing Partner

CC: All parties via ECF