# WAYNE GREENWALD, P.C.
*Attorneys*

475 Park Avenue South- 26th Floor
New York, New York 10016
Tel: 212-983-1922 Fax: 877-254-1003
e-mail: grimlawyers@aol.com

W.M. Greenwald

January 21, 2021

Hon. Jil Mazner- Marino
United States Bankruptcy court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Attn: Tracie Leonard

Re: **Lisa Maria Abbott**
    **Case No. 1-20-42907-jmm**

Dear Ms. Leonard:

This confirms that the hearing for the Alleged Debtors Motion to Dismiss has been adjourned, on consent, from Thursday January 21, 2021 at 10:30a.m. to Tuesday February 23, 2021 at 10:30a.m.

Thank you for your courtesy.

Respectfully,

WAYNE GREENWALD, P.C.

By: Tiffany Wright
Legal Assistant

TW/ms
cc: Leo Jacob via ECF filing