# WAYNE GREENWALD, P.C.
*Attorneys*

475 Park Avenue South- 18th Floor
New York, New York 10016
Tel: 212-983-1922 Fax: 877-254-1003
e-mail: grimlawyers@aol.com

W.M. Greenwald

March 5, 2021

Hon. Jil Mazner- Marino
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 3514
Brooklyn, NY 11201-1800

Attn: Tracie Leonard

Re:     **Lisa Maria Abbott**
        **Case No. 20-42907-jmm**

Dear Ms. Leonard:

This confirms that the hearing for the Alleged Debtor's Motion to Dismiss has been adjourned, by the Court, from Tuesday March 16, 2021 at 11:30a.m. to Tuesday , March 23, 2021 at 11:30am.

Thank you.

Respectfully,

WAYNE GREENWALD, P.C.


/s/ Tiffany Wright

By: Tiffany Wright
      Legal Assistant


TW/ms